JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A BETTER WAY, LLC, a California Limited Liability Company;<br>CARLOS CASTRO; and Does 1-10,<br><br>　　　　Defendants. | Case: 8:14-CV-01797-DOC-DFM<br><br>**ORDER**  [16] |

**ORDER**

　　This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 23, 2015     _/s/ David O. Carter_
　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1